| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Stephen M. Doniger (SBN 179314)<br>DONIGER/BURROUGHS<br>603 Rose Avenue<br>Venice California 90291<br>Telephone: (310) 590-1820 | |
| ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| MINDEN PICTURES, INC.<br><br>Plaintiff(s),<br>v.<br><br>ZAZZLE INC., et al.<br><br>Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| MINDEN PICTURES, INC. | Plaintiff |
| ZAZZLE INC. | Defendant |

| January 30, 2020 | /s/ Stephen M Doniger |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff